# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138202 & (17)(18)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALBERT MARQUE-ELLIS DENNIS,
     Defendant-Appellant.

SC: 138202
COA: 287595
St. Clair CC: 05-001460-FH;
          05-002669-FC

_____/

     On order of the Court, the application for leave to appeal the December 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and the motion for the appointment of counsel are DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

s0720

Clerk